**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KEVIN J. SANTOS, JR.,

    Plaintiff,

v.                                        Case No. 3:14-cv-383-J-34JBT

TASTE 1 GROUP, LLC, et al.,

    Defendants.

_____

# O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 67; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on September 25, 2017. In the Report, Judge Toomey recommends that Plaintiff's Motion for Final Judgment of Garnishment (Dkt. No. 65) be granted, and that a final judgment of garnishment be entered. See Report at 1, 4-5. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]

In light of the foregoing, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 67) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Judgment of Garnishment (Dkt. No. 65) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter a final judgment of garnishment in favor of Plaintiff Kevin J. Santos, Jr., c/o Bullard Law, 545 Delaney Avenue, Building 1, Orlando, Florida 32801, and against Garnishee Vystar Credit Union, 214 N. Hogan Street, Jacksonville, Florida 32202, in the total amount of $2,126.00.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of October, 2017.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

---

[1] In doing so, the Court reads the reference to Defendant in the fifth line on page 4 as Plaintiff rather than Defendant.

ja

Copies to:

Counsel of Record

Chris Dallo at:

181 River Oaks Drive
Fernandina, FL 32034

and

9726 Touchton Road, Ste. 105
Jacksonville, FL 32246